Furman, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/09/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

STANDARD & POOR'S RATING AGENCY LITIGATION

*This Order relates to all actions.*

13-MD-2446 (JMF)

███████ ORDER

JESSE M. FURMAN, United States District Judge:

Counsel for all parties to all of the actions consolidated in this multi-district litigation (hereinafter, the "Parties") having appeared before the Court for a hearing and scheduling conference on October 4, 2013, it is hereby ORDERED that:

1. Any answer or other response directed to the existing pleadings must be filed no later than 30 days after the Court resolves the last of the currently pending motions. No later than 14 days after the Court resolves the last of those motions the Parties shall confer and submit to the Court a letter identifying any motion(s) directed to the pleadings the parties propose to file, efforts to consolidate where possible, and proposed page limits for briefing. To the extent any party files a motion directed to the pleadings, oppositions will be due 45 days after opening papers are filed, and replies will be due 30 days after opposition papers are filed. Any motion pursuant to F.R.C.P. 12(f) must be filed no later than 30 days after the Court resolves the last of the currently pending motions or when the related pleading is served, whichever is later.
2. The Parties shall proceed with discovery as follows:
    a. No later than <u>November 4, 2013</u>, the Parties shall hold a discovery planning conference pursuant to Fed. R. Civ. P. 26(f).
    b. No later than <u>November 18, 2013</u>, the Parties shall (i) submit to the Court a written report outlining a proposed discovery plan, and (ii) exchange initial disclo-

sures pursuant to Fed. R. Civ. P. 26(a)(1). To the extent any disagreements arise during the Rule 26(f) conference, each party shall submit a letter not to exceed three pages to the Court by November 18, 2013 setting forth its position on the disputed issue(s).

   c. The Parties shall complete all written and document fact discovery by August 4, 2014 (i.e., nine months from the deadline for the Rule 26(f) conference).

   d. The Parties shall complete all depositions of fact witnesses by February 4, 2015 (i.e., six months from the deadline for completion of written and document fact discovery).

   e. The Parties shall serve opening expert reports and all disclosures required by Fed. R. Civ. P. 26(a)(2) by April 6, 2015 (i.e., two months after the deadline for completion of fact witness depositions).

   f. The Parties shall serve rebuttal expert reports by May 6, 2015 (i.e., one month after the deadline for opening expert reports).

   g. The Parties shall serve reply expert reports by June 8, 2015 (i.e., one month after the deadline for rebuttal expert reports).

   h. The Parties shall complete all depositions of expert witnesses by August 10, 2015 (i.e., two months from the deadline for service of reply expert reports).

3. Any dispositive motion(s) shall be filed on or before October 12, 2015 (i.e., two months after the deadline for completion of expert witness depositions). To the extent any party files a dispositive motion, oppositions will be due 45 days after opening papers are filed, and replies will be due 30 days after opposition papers are filed.

4. In the event any party wishes to move to limit the testimony of any proposed expert witness pursuant to Fed. R. Evid 702 and the *Daubert* line of cases, such motions shall be made and briefed on the same schedule as the schedule for summary judgment briefing set forth in (3) above.

5. Except as otherwise set forth herein, all pretrial dates and deadlines remain stayed until such time as the Court resolves the last of the currently pending motions.

6. In the event the Court remands any of these cases to State Court, this Order is void as to the remanded case(s). In the event these cases remain in this Court for pre-trial purposes, this Order will be supplemented in further detail following the discovery planning conference and submission of the written report outlining a proposed discovery plan pursuant to section 2.b. of this Order.

Dated: October 9, 2013
New York, New York

_____
JESSE M. FURMAN
United States District Judge